UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
ISEL BAEZ								CASE NO. 13-27376-LMI

                    Debtor.					CHAPTER 7

### CERASTES, LLC'S RESPONSE TO OBJECTION TO CLAIM NUMBER 8-1

Cerastes, LLC, ("Cerastes") by and through its attorney of record, Thomas C. Cifelli, responds to the Trustee Maria Yip's ("Trustee") objection to Cerastes' Claim number 8-1 (the "Claim") as follows:

1. On October 22, 2014, the Trustee objected to Claim number 8-1 on the grounds that sufficient supporting documentation was not attached to the Claim. *See* - Docket No. 36.

2. The original proof of claim filed by Cerastes referenced the original creditor Barclays Bank Delaware ("Barclays"), included the last four digits of credit card account number, the account open date, the last payment date, and the last 4 digits of Isel R. Baez's social security number. Notwithstanding this, Cerastes has amended the proof of claim to allow the Debtor to ascertain the validity of the Claim.

3. "According to the Eleventh Circuit Court of Appeals, an amended claim should be 'freely' allowed where the purpose is to cure a defect in the claim as originally filed, to describe the claim with greater particularity or to plead a new theory of recovery on the facts set forth in the original claim.'" *In re Winters*, 380 B.R. 855, 858 (Bankr. M.D.Fla. 2007). To describe the Claim with better particularity, Cerastes filed an amended proof of claim on November 18, 2014, a true and correct copy of which is attached hereto and made a part of this Response as **Exhibit A**.

4. The amended proof of claim was amended to include the complete chain of assignment, credit card statements, and purchase file matrices that evidence Cerastes' ultimate ownership of the debt. The amended proof of claim was executed and filed in accordance with the Federal Rules of Bankruptcy Procedure.

5. To meet the requirements of Federal Bankruptcy Rule 3001, it is sufficient to attach evidence of credit card transactions. *In re Moreno*, 341 B.R. 813, 818 (Bankr. S.D.Fla. 2006).

6. Therefore, Cerastes maintains that it has complied with the Federal Rules of Bankruptcy Procedure 3001(c), and its Claim should be allowed.

**WHEREFORE**, Cerastes, LLC respectfully requests this Court deny the Objection filed by the Trustee and for such other and further relief as the Court deems just and proper.

Dated: November 19, 2014                Respectfully Submitted,

/s/ Thomas C. Cifelli
Thomas Catlett Cifelli, Esq.
Weinstein, Pinson and Riley, P.S.
14 Penn Plaza, Suite 1407
New York, NY 10122
Telephone: (212)-268-5540
E-mail: ThomasC@w-legal.com
Attorneys for Cerastes, LLC
Florida Bar Number: 105809

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
ANGEL LUIS-JORGE                               CASE NO. 14-19386-AJC

           Debtor.                          CHAPTER 7

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, pursuant to Local Rule 9076-1, on November 19, 2014 a copy of the Response to Objection to Claim was sent to the following parties through the Court's electronic transmission facilities. As of November 19, 2014 the following parties are Electronic Filing Users:

Robert Sanchez, Esq, Attorney for Debtor

Maria Yip, Chapter 13 Trustee

Office of the U.S. Trustee

Dated: November 19, 2014                Respectfully Submitted,

                                            /s/ Thomas C. Cifelli
                                            Thomas Catlett Cifelli, Esq.
                                            Weinstein, Pinson and Riley, P.S.
                                            14 Penn Plaza, Suite 1407
                                            New York, NY 10122
                                            Telephone: (212)-268-5540
                                            E-mail: ThomasC@w-legal.com
                                            Attorneys for Cerastes, LLC
                                            Florida Bar Number: 105809