**B10 (Official Form 10) (04/13)**

| UNITED STATES BANKRUPTCY COURT Southern District of Florida | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Isel Baez | Case Number:<br>13–27376 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*
*You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**FILED**
U.S. Bankruptcy Court
Southern District of Florida
**11/18/2014**
Katherine Gould Feldman, Clerk
COURT USE ONLY

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**CERASTES, LLC**

Name and address where notices should be sent:
CERASTES, LLC
c/o Weinstein, Pinson, And Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

Telephone number: (877) 332–3543          email: bncmail@w–legal.com

☑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**          8
*(If known)*

Filed on: 11/25/2013

Name and address where payment should be sent (if different from above):
CERASTES, LLC
C/O WEINSTEIN, PINSON & RILEY, P.S.
PO BOX 3978

Seattle, WA 98124–3978
Telephone number: (877) 332–3543          email: bncmail@w–legal.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $    2358.20
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**    Credit card/Other    (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** 3297 | **3a. Debtor may have scheduled account as:**<br><br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:
Value of Property: $_____
**Annual Interest Rate (when case was filed)** ___% ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ _____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured:          $    2358.20

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

**Amount entitled to priority:**

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open–end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.

☐ I am the creditor.  ☑ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _Grant Laughlin, Legal Production Supervisor_
Title: _Representative for Cerastes, LLC_
Company: _WEINSTEIN, PINSON & RILEY, P.S._
Address and telephone number (if different from notice address above):

_____                   s/ Grant Laughlin, Legal Production Supervisor _____          11/18/2014
_____                   (Signature)                                        (Date)

Telephone number: _          email: _

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA (MIAMI) | AMENDED PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>ISEL R BAEZ | Case Number:<br>13-27376 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Cerastes, LLC | **COURT USE ONLY** |
|---|---|
| Name and address where notices should be sent:<br>CERASTES, LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>Telephone number: (877) 332-3543      email: bncmail@w-legal.com | ☒ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:** 8<br>   *(If known)*<br><br>Filed on: 11/25/2013 |
| Name and address where payment should be sent (if different from above):<br>CERASTES, LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA 98124-3978<br>Telephone number: (877) 332-3543      email: bncmail@w-legal.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**          $2,358.20

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Credit card/Other
   (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:**<br>   XXXXXXXXXXXX3297 | **3a. Debtor may have scheduled account as:**<br>_____<br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate** _____% ☐ Fixed or ☐ Variable
**(when case was filed)**

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**

**Amount Unsecured:**          $2,358.20

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

**Amount entitled to priority:**

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.     ☒ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                              or their authorized agent.              (See Bankruptcy Rule 3005.)
                                                                              (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Grant Laughlin, Legal Production Supervisor
Title:        Representative for Cerastes, LLC
Company:      WEINSTEIN, PINSON & RILEY, P.S.          /s/ Grant Laughlin                                    November 18, 2014
Address and telephone number (if different from notice address above):     (Signature)                                  (Date)

Telephone number:                    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Account Summary**

| | |
|---|---|
| Debtor Name: | ISEL R BAEZ |
| Debtor SSN: | XXX-XX-3355 |
| Debtor Address: | 15858 SW 69TH LN, MIAMI, FL 33193 |
| Balance at Time of Filing: | $2,358.20 |
| Principal Balance: | $1,886.47 |
| Interest: | $317.71 |
| Fees, Expenses, or Other Charges: | $154.02 |
| Last Payment Date: | 8/12/2011 |
| Last Payment Amount: | $100.00 |
| Last Purchase Date: | 8/25/2011 |
| Last Purchase Amount: | |
| Merchant: | JUNIPER |
| Entity to whom the debt was owed at the time of the account holders' last transaction on the account: | Barclays Bank |
| Entity from whom creditor purchased account: | Ophrys, LLC |

| | |
|---|---|
| Creditor Name: | Cerastes, LLC |
| Account Number: | XXXXXXXXXXXX3297 |
| Alternate Account Number: | |
| Open Date: | 10/19/2005 |
| Charge Off Date: | 3/29/2012 |
| Case Number: | 13-27376 |
| Chapter: | Chapter 7 |

Pursuant to paragraph 7 Official Bankruptcy Form 10, Proof of Claim, a summary of the account, compiled from the information contained in the account databases of Barclays Bank and Juniper and their agents, if any, is provided. (See instruction 7 of Official Form 10). This debt arises from the use of a credit / charge card account or other money loaned, the supporting documents for which were provided by Barclays Bank and Juniper to the debtor pre-petition. For further information about this claim call (877) 332-3543. Some documents may no longer be available.

**BILL OF SALE**

Barclays Bank Delaware, ("Seller"), for value received and pursuant to the terms and conditions of the Bankruptcy Forward Flow Purchase Agreement (the "Agreement") dated January 30, 2012, and First Addendum dated December 31, 2012 between Seller and Ophrys, LLC its successors and assigns ("Purchaser"), hereby assigns, conveys, grants and delivers to Purchaser, effective as of the September 10, 2013, all rights title and interest of Seller in and to those certain receivables, judgments or evidences of debt ("Accounts") described on computer files furnished by Seller to Purchaser with a current balance totaling $███████ and all proceeds of such Accounts.

Pursuant to the foregoing assignment, Seller stipulates that Purchaser may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

Amounts due to Seller by Purchaser in U.S. Dollars by a wire transfer to be received by Seller on Closing Date by 5:00pm to the Federal Reserve Account after confirming the Bill of Sale.

|  |  |
|---|---|
| Seller: | Barclays Bank Delaware |
| c/o Bank: | Citizens Bank |
| ABA Number: | ███████ |
| Account: | ███████ |
| Name: | Barclays Bank Delaware Operating Account |

This Bill of Sale is executed without recourse except as stated in the Agreement. No other representation of or warranty of title or enforceability is expressed or implied.

SELLER:        Barclays Bank Delaware

By:        _____        Date: 9/11/13

Title:        Director - Recovery

Ch7_BK_SALE_SEP13_UNMASKED.xlsx

| partner | acct_num | name_1 | address_line2 | city | state |
|---|---|---|---|---|---|
| JUNIPER | xxxxx3297 | ISEL R BAEZ | 15858 SW 69TH LN | MIAMI | FL |

| zip_code | last_pay_amt | bankruptcy_type | credit_limit | ssn | last_pay_date |
|---|---|---|---|---|---|
| 33193362058 | 100.00 | 07 | 2000.00 | xxx-xx-3355 | 8/12/2011 |

| open_date | cash_apr | purchase_apr | co_dt | dob | CASE_NUM |
|---|---|---|---|---|---|
| 10/19/2005 | 0 | 0 | 3/29/2012 | xxxx1973 | 1327376 |

| JOINT_IND | FILEDATE | balance | principal | finance_charge | fee |
|---|---|---|---|---|---|
| S | 7/26/2013 | 2358.2 | 1886.47 | 317.71 | 154.02 |

| last_transac | first_pay_default | card_type |
|---|---|---|
| 8/25/2011 | n | MC |

## ASSIGNMENT

Cerastes, LLC ("Seller"), for value received, hereby sells, assigns, conveys and transfers to Altair OH XIII, LLC ("Buyer") all of Seller's right, title and interest in all of the accounts acquired by Seller and described in the data files entitled:

**20130930_Barclays_Ch13_15796_AltairOHXIIIlLLC_AssetList.xlsx**
**20130930_CitiBank_OneMain_15795_AltairOHXIIILLC_AssetList.xls**
**20130930_CapitalOne_IL_Ch13_15797_AltairOHXIIILLC_AssetList.xls**
**20130930_CitiBank_OneMain_15798_AltairOHXIIILLC_AssetList.xls**
**2030930_CitiBank_OneMain_15799_AltairOHXIIILLC_AssetList.xls**
**20130930_Barclays_Ch13_15800_AltairOHXIIILLC_AssetList.xls**
**20130930_CapitalOne_CreditCard_15801_AltairOHXIIILLC_AssetList .xlsx**
**20130930_CitiBank_OneMain_15802_AltairOHXIIILLC_AssetList.xls**
**20130930_Barclays_Ch13_15803_AltairOHXIIILLC_AssetList.xls**
**20130930_CapitalOne_CreditCard_15804_AltairOHXIIILLC_AssetList.xlsx**
**20130930_CapitalOne_IL_Ch13_15805_AltairOHXIIILLC_AssetList.xlsx**

("Data Files"). These Data Files are to be transferred via secured electronic means from Seller to Buyer on September 30, 2013.

The Data File contains private and confidential information such as social security numbers, telephone numbers, and names and street addresses. Seller and Buyer agree that in order to enforce the rights related to any specific account, only information related to that specific account will be attached hereto, and all other accounts will be withheld.

Dated: September 30, 2013

CERASTES, LLC

By: _Holly Chaffin_

Name: _Holly Chaffin_

Its: _Officer_

20130906_Barclays_Ch7_15789_CerastesLLC_AssetList.xlsx

| partner | acct_num | name_1 | address_line2 | city | state |
|---|---|---|---|---|---|
| JUNIPER | xxxxx3297 | ISEL R BAEZ | 15858 SW 69TH LN | MIAMI | FL |

| zip_code | last_pay_amt | bankruptcy_type | credit_limit | ssn | last_pay_date |
|---|---|---|---|---|---|
| 33193362058 | 100.00 | 07 | 2000.00 | xxx-xx-3355 | 8/12/2011 |

| open_date | cash_apr | purchase_apr | co_dt | dob | CASE_NUM |
|---|---|---|---|---|---|
| 10/19/2005 | 0 | 0 | 3/29/2012 | xxxx1973 | 1327376 |

| JOINT_IND | FILEDATE | balance | principal | finance_charge | fee |
|---|---|---|---|---|---|
| S | 7/26/2013 | 2358.2 | 1886.47 | 317.71 | 154.02 |

| last_transac | first_pay_default | card_type |
|---|---|---|
| 8/25/2011 | n | MC |

# JUNIPER

| Payment Due Date | September 09, 2011 |
|---|---|
| Minimum Payment Due | $63.68 |
| Previous Balance | $1,822.52 |
| Statement Balance | $1,733.18 |

## MasterCard® Statement

Page 1 of 4

Primary Account Number Ending in: 3297
Statement Billing Period: 07/13/11 – 08/12/11

www.juniper.com

## Customer News

### LET ACCOUNT PROTECTOR PAY YOUR BILL!

You could take a payment holiday and have your monthly payment made for you once every twelve months. Additionally, Account Protector will eliminate your minimum monthly payment if you experience any of 13 other covered life events like: marriage, birth/ adoption, job loss, disability, or hospitalization.

Enroll today by 1) reading the terms on back of this statement, 2) initialing the box on your remittance, and 3) return it with your payment.

### MAKE YOUR PAYMENT ONLINE

Save time, postage and a trip to the mailbox. Pay your Juniper MasterCard bill online at www.juniper.com.

### SUMMER'S NOT OVER YET

There's still time to tackle the home improvement project you've been planning or take a last minute getaway. Your Juniper MasterCard is perfect for last minute trips to the hardware store and your favorite weekend destination.

### Account Summary

| | |
|---|---|
| Minimum Payment Due | $63.68 |
| Payment Due Date | 09/09/11 |
| Statement End Date | 08/12/11 |
| Credit Line | $2,000.00 |
| Credit Available | $266.82 |
| Cash Credit Line | $400.00 |
| Cash Credit Available | $266.82 |
| Past Due Amount | $0.00 |
| Overlimit Amount | $0.00 |

### Activity Summary

| | |
|---|---|
| Previous Balance | $1,822.52 |
| - Payments | $157.00 |
| + Purchases | $0.00 |
| - Other Credits | $0.00 |
| + Balance Transfers | $0.00 |
| + Cash Advances | $0.00 |
| + Fees | $35.00 |
| + Interest | $32.66 |
| **Statement Balance** | **$1,733.18** |

### Payment Information

| | |
|---|---|
| Statement Balance | $1,733.18 |
| Minimum Payment Due | $63.68 |
| Payment Due Date | 9/9/2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 30.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on this statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 12 years | $4,050.00 |
| $66.00 | 3 years | $2,376.00 (Savings = $1,674.00) |

If you would like information about credit counseling services, please call 1-800-570-1403.

* Repayment information is based on your account activity and the APRs on your account as of the closing date of this statement. Account activity after the closing date is not reflected. To view your most recent transaction activity online, go to www.juniper.com.

 Detach here. Please make checks payable to "Card Services" and include this payment coupon in the enclosed envelope. Please allow 7-10 days for U.S. Postal Service delivery. 

## Payment Coupon

▸ Make payments online at www.juniper.com

☐ Check for address change. Complete form on the back.

| Amount Enclosed: | $ |
|---|---|
| Account Number | |
| Minimum Payment Due | $63.68 |
| Statement Balance | $1,733.18 |
| Payment Due Date | September 09, 2011 |

# JUNIPER

Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

Initial here to enroll in the optional Account Protection program

_____     _____
Initials                    Date

I understand the terms on the Important Information section and that I may cancel at any time.

------ manifest line ---------
ISEL R BAEZ
15858 SW 69TH LN
MIAMI FL 33193-3620

# JUNIPER

### Activity for ISEL R BAEZ - Card ending in 3297

**Payments**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| 07/19 | 07/19 | PAYMENT RECV'D CHECKFREE | -$57.00 |
| 08/12 | 08/12 | PAYMENT RECV'D CHECKFREE | -$100.00 |
| | | **Total Payment Activity** | **-$157.00** |

### Summary of Fees and Interest

**Fees**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| 08/09 | 08/09 | LATE PAYMENT FEE | $35.00 |
| | | **Total Fees for this Period** | **$35.00** |

**Interest Charged**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| 08/12 | 08/12 | INTEREST CHARGE ON PURCHASES | $32.66 |
| | | **Total Interest for this Period** | **$32.66** |

### Year-to-Date Summary of Fees and Interest Charged*

| Total Fees charged in 2011 $140.00 | Total Interest charged in 2011 | $269.11 |
|---|---|---|

*This Year-to-Date Summary reflects the Fees and Interest charged on billing statements with closing
dates in 2011. The Summary does not reflect any fees or interest adjustments and/or credits that have
been made.

### Interest Charge Calculation - 31 Days in Billing Cycle

| | Balance Subject to Interest Rate | ANNUAL PERCENTAGE RATE (APR) | Interest Charge |
|---|---|---|---|
| **Purchases** | | | |
| Current Purchases | $39.07 | 30.24%(v) | $1.00 |
| Prior Purchases | $1,754.58 | 21.24%(v) | $31.66 |
| **Balance Transfers** | | | |
| Current Balance Transfers/Checks | $0.00 | 30.24%(v) | $0.00 |
| **Cash Advances** | | | |
| Current Cash Advance | $0.00 | 30.24%(v) | $0.00 |
| **Total** | | | **$32.66** |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. (v)=Variable Rate

0575300244

**barclaycard**
A member of the **BARCLAYS** Group

## Important Information

**Lost or Stolen Card:** Your credit card is issued by Barclays Bank Delaware. If your card is lost or stolen, please contact us immediately at 1-888-232-0780 at any time.

**Payment Information:** Each billing cycle, you must pay at least the Minimum Payment Due shown on your monthly statement by its Payment Due Date. Both the Minimum Payment Due and Payment Due Date are noted on your statement and on the Accounts page when you login to www.juniper.com. At any time you may pay more than the Minimum Payment Due up to the full amount you owe us, however you cannot "pay ahead". This means that if you pay more than the required Minimum Payment Due in any billing cycle or if you make more than one payment in a billing cycle, you will still need to pay the next month's required Minimum Payment Due by your next Payment Due Date. Remember to make all checks payable to Card Services. Please allow 7 days for the U.S. Postal Service to deliver your payment to us. Upon our receipt, your available credit may not be increased by the payment amount for up to 7 days to ensure the funds from the bank on which your payment is drawn are collected and not returned. When you provide a check as payment on this Account, you authorize us to either use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For inquiries, or to opt out of one-time electronic fund transfers, please call 1-888-232-0780.

**Mailed Payments:** A conforming payment received by us by 5 p.m. ET will be credited to your account the day of receipt. A "conforming payment" is a payment that: 1) is mailed using the enclosed envelope and payment coupon included with this statement or mailed with a payment coupon printed from www.juniper.com to Card Services,
P.O. Box 13337 Philadelphia, PA 19101-3337; and 2) is in the form of a single, non-folded check or money order made payable in US dollars from a US based institution. Any payment that does not meet these requirements, or any payment with multiple checks or money orders, additional correspondence, staples, paperclips, etc.

will be considered a "non-conforming payment" which may delay the crediting of the payment for up to 5 days.

**Other Payment Options:**
Online: Visit www.juniper.com to sign up for Pay Credit Card to pay your account online. Payments made on our website by 7:00 P.M. ET will be credited to your account that same day.
Pay by phone: To make a payment by phone please call 1-888-232-0780. Payments made by phone by 7:00 P.M. ET will be credited to your account that same day.
Overnight Payments: Send overnight courier service or USPS Priority Mail payments to REMITCO, Card Services, Lock Box 913337, 2080 Cabot Boulevard West, Langhorne, PA 19047. A payment received at this address by 5 P.M. ET that otherwise meets the requirements of a conforming payment will be credited to your account that same day.

**How We Will Calculate Your Balance Subject to Interest Rate.**
We use a method called "daily balance" (including new purchases). To determine the amount of the interest to be charged on your Account we first calculate the "Balance Subject to Interest Rate" separately for each balance subject to different terms (for example, Purchases, Balance Transfers, Cash Advances, and each promotional balance). For each balance type shown on your monthly statement, we apply the applicable DPR to each of the daily balances. The daily balances for each balance type are calculated separately and determined as follows: We take the beginning balance for each balance type each day, including any interest calculated on the previous day's balance, add any new transactions (including transaction fees and account fees), subtract any payments or credits, and make any other applicable adjustments. This Agreement provides for compounding of interest. A credit balance is treated as a balance of zero. We add all the daily interest charges and the sum is the interest charges on that balance type for that billing cycle.

A Purchase is added to the daily balance on the transaction date. A Check is added to the daily balance on the day we receive the Check and post it to your account. A Balance Transfer, other than one made by Check, is added to the daily balance on the transaction date, which is the day we get your request for the Balance Transfer. A Cash Advance, other than one made by Check, is added to the daily balance on the transaction date.

Continued on Page 4

Make changes to your contact information below.

Name
_____

Address
_____

City _____  State _____  Zip _____

Home Phone _____  Work Phone _____

E-mail Address
_____

**Important Information**

**barclaycard**
A member of the **BARCLAYS** Group

**Paying Interest.** Your due date is at least 23 days after the close of each billing cycle. Interest will accrue on a Purchase, Cash Advance, or Balance Transfer from the date it is added to the daily balance until it is paid in full. You can avoid interest charges on Purchases, but not on Cash Advances or Balance Transfers. You can avoid interest on Purchases (except for purchases of money orders, travelers checks, foreign currency, lottery tickets, gambling chips, or wire transfers which are treated as Cash Advances and do not have a grace period) if you pay your Statement Balance by the Payment Due Date every billing cycle. If you do not pay your Statement Balance by the Payment Due Date, you must then pay your Statement Balance by the Payment Due Date for two billing cycles in a row to again be able to avoid interest on Purchases when they are first billed to a statement. If you are charged interest in a billing cycle we will charge a Minimum Interest Charge (or "Minimum Charge") on your Account if the total interest charge in that billing cycle is less than the amount of the Minimum Interest Charge that was disclosed in your Cardmember Agreement. If a Minimum Interest Charge is applied to your Account in a billing cycle it will appear on your statement as a "Minimum Interest Charge" or "Minimum Charge" in the Summary of Fees section on your statement.

**Credit Bureau Disputes:** If you believe that an entry we have made on your credit bureau report is inaccurate or incomplete, please contact the reporting agency directly or contact us at Card Services, P.O. Box 8803 Wilmington, DE 19899-8801. Please include your name; your account number; the credit reporting agency where you received the bureau report; a description of the error; and why you believe it is an error. We will promptly investigate, notify you of our findings, and send an update to the credit bureaus if warranted within 30 days.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

In your letter, give us the following information:

· **Account information:** Your name and account number.
· **Dollar amount:** The dollar amount of the suspected error.
· **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question

While we investigate whether or not there has been an error, the following are true:

· We cannot try to collect the amount in question, or report you as delinquent on that amount.
· The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or

other fees related to that amount.
· While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
· We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50 (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Product Description**
Account Protector will cancel your minimum monthly payments for up to 24 months for Involuntarily Unemployment, Disability, or Hospitalization, up to 3 months for Life Events (birth or adoption of a child, marriage, divorce, retirement, relocation or purchase of new home, take a leave of absence, enroll as a full-time college student, experience a natural disaster), or 1 month for a Payment Holiday (experience any hardship that affects your ability to make your monthly minimum payment).
**Summary of Important Terms**
Account Protector is optional. Whether or not you enroll in Account Protector will not affect the terms of an existing credit agreement you have with the bank. We will give you additional information including the Terms and Conditions before you are required to pay. The cost is $.99 per $100 of your monthly outstanding balance. You may cancel Account Protector within 30 days and receive a full refund. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits. You should carefully read the information for a full explanation of the terms.

Please refer to your Cardmember Agreement for additional information about the terms of your Account

©2010 Barclays Bank Delaware

# JUNIPER

| | |
|---|---|
| Payment Due Date | October 09, 2011 |
| Minimum Payment Due | $155.13 |
| Previous Balance | $1,733.18 |
| Statement Balance | $2,058.12 |

## MasterCard® Statement

Page 1 of 4

Primary Account Number Ending in: 3297
Statement Billing Period: 08/13/11 – 09/12/11

www.juniper.com

### Account Summary

| | |
|---|---|
| Minimum Payment Due | $155.13 |
| Payment Due Date | 10/09/11 |
| Statement End Date | 09/12/11 |
| Credit Line | $2,000.00 |
| Credit Available | $0.00 |
| Cash Credit Line | $400.00 |
| Cash Credit Available | $0.00 |
| Past Due Amount | $63.68 |
| Overlimit Amount | $58.12 |

### Activity Summary

| | |
|---|---|
| Previous Balance | $1,733.18 |
| - Payments | $0.00 |
| + Purchases | $253.35 |
| - Other Credits | $0.00 |
| + Balance Transfers | $0.00 |
| + Cash Advances | $0.00 |
| + Fees | $35.00 |
| + Interest | $36.59 |
| Statement Balance | $2,058.12 |

### Payment Information

| | |
|---|---|
| Statement Balance | $2,058.12 |
| Minimum Payment Due | $155.13 |
| Payment Due Date | 10/9/2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 30.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $5,671.00 |

If you would like information about credit counseling services, please call 1-800-570-1403.

\* Repayment information is based on your account activity and the APRs on your account as of the closing date of this statement. Account activity after the closing date is not reflected. To view your most recent transaction activity online, go to www.juniper.com.

## Customer News

### CREDIT LINE WARNING

Your account balance is currently over the approved credit line. To bring your account into good standing, please pay at least $213.25. This amount is equal to your minimum payment due of $155.13 plus the amount over your credit line which is currently $58.12.

### IMPORTANT ACCOUNT INFORMATION

According to our records, your account is past due. Please send the minimum payment due immediately in order to bring your account current. You can mail your payment in the enclosed envelope, visit our website at www.juniper.com to make an online payment, or call 1-888-232-0780 today to make a payment by phone.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

 Detach here. Please make checks payable to "Card Services" and include this payment coupon in the enclosed envelope. Please allow 7-10 days for U.S. Postal Service delivery.

## Payment Coupon

► Make payments online at www.juniper.com

☐ Check for address change. Complete form on the back.

| Amount Enclosed: | $ |
|---|---|
| Account Number | |
| Minimum Payment Due | $155.13 |
| Statement Balance | $2,058.12 |
| Payment Due Date | October 09, 2011 |

# JUNIPER

Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

------ manifest line ---------
ISEL R BAEZ
15858 SW 69TH LN
MIAMI FL 33193-3620

# JUNIPER

**KEEP TRACK OF YOUR ACCOUNT**

Want to know when your payment is due or confirm we received your payment? Log on to www.juniper.com and customize your email alert preferences.

## Activity for ISEL R BAEZ - Card ending in 3297

| Purchases | | | | |
|---|---|---|---|---|
| Trans Date | Posting Date | Transaction Description | | Amount |
| 08/19 | 08/22 | OLD NAVY ON-LINE | 800-OLDNAVY OH | $141.65 |
| 08/24 | 08/25 | QI *DIAPERS.COM | 800-3427377 NJ | $98.75 |
| 08/25 | 08/26 | US INFORMATION SRCH IN | 08005964327 NY | $12.95 |
| | | **Total Purchase Activity** | | **$253.35** |

## Summary of Fees and Interest

| Fees | | | |
|---|---|---|---|
| Trans Date | Posting Date | Transaction Description | Amount |
| 09/09 | 09/09 | LATE PAYMENT FEE | $35.00 |
| | | **Total Fees for this Period** | **$35.00** |
| **Interest Charged** | | | |
| Trans Date | Posting Date | Transaction Description | Amount |
| 09/12 | 09/12 | INTERESTCHARGE ON PURCHASES | $36.59 |
| | | **Total Interest for this Period** | **$36.59** |

## Year-to-Date Summary of Fees and Interest Charged*

| Total Fees charged in 2011 $175.00 | Total Interest charged in 2011 | $305.70 |
|---|---|---|

*This Year-to-Date Summary reflects the Fees and Interest charged on billing statements with closing dates in 2011. The Summary does not reflect any fees or interest adjustments and/or credits that have been made.

## Interest Charge Calculation - 31 Days in Billing Cycle

| | Balance Subject to Interest Rate | ANNUAL PERCENTAGE RATE (APR) | Interest Charge |
|---|---|---|---|
| Purchases | | | |
| Current Purchases | $207.31 | 30.24%(v) | $5.32 |
| Prior Purchases | $1,733.24 | 21.24%(v) | $31.27 |
| Balance Transfers | | | |
| Current Balance Transfers/Checks | $0.00 | 30.24%(v) | $0.00 |
| Cash Advances | | | |
| Current Cash Advance | $0.00 | 30.24%(v) | $0.00 |
| **Total** | | | **$36.59** |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. (v)=Variable Rate

barclaycard
A member of the **BARCLAYS** Group

**Important Information**

Lost or Stolen Card: Your credit card is issued by Barclays Bank Delaware. If your card is lost or stolen, please contact us immediately at 1-888-232-0780 at any time.

Payment Information: Each billing cycle, you must pay at least the Minimum Payment Due shown on your monthly statement by its Payment Due Date. Both the Minimum Payment Due and Payment Due Date are noted on your statement and on the Accounts page when you login to www.juniper.com. At any time you may pay more than the Minimum Payment Due up to the full amount you owe us, however you cannot "pay ahead". This means that if you pay more than the required Minimum Payment Due in any billing cycle or if you make more than one payment in a billing cycle, you will still need to pay the next month's required Minimum Payment Due by your next Payment Due Date. Remember to make all checks payable to Card Services. Please allow 7 days for the U.S. Postal Service to deliver your payment to us. Upon our receipt, your available credit may not be increased by the payment amount for up to 7 days to ensure the funds from the bank on which your payment is drawn are collected and not returned. When you provide a check as payment on this Account, you authorize us to either use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For inquiries, or to opt out of one-time electronic fund transfers, please call 1-888-232-0780.

Mailed Payments: A conforming payment received by us by 5 p.m. ET will be credited to your account the day of receipt. A "conforming payment" is a payment that: 1) is mailed using the enclosed envelope and payment coupon included with this statement or mailed with a payment coupon printed from www.juniper.com to Card Services,
P.O. Box 13337 Philadelphia, PA 19101-3337; and 2) is in the form of a single, non-folded check or money order made payable in US dollars from a US based institution. Any payment that does not meet these requirements, or any payment with multiple checks or money orders, additional correspondence, staples, paperclips, etc.

will be considered a "non-conforming payment" which may delay the crediting of the payment for up to 5 days

Other Payment Options:
Online: Visit www.juniper.com to sign up for Pay Credit Card to pay your account online. Payments made on our website by 7:00 P.M. ET will be credited to your account that same day.
Pay by phone: To make a payment by phone please call 1-888-232-0780. Payments made by phone by 7:00 P.M. ET will be credited to your account that same day.
Overnight Payments: Send overnight courier service or USPS Priority Mail payments to REMITCO, Card Services, Lock Box 913337, 2080 Cabot Boulevard West, Langhorne, PA 19047. A payment received at this address by 5 P.M. ET that otherwise meets the requirements of a conforming payment will be credited to your account that same day.

How We Will Calculate Your Balance Subject to Interest Rate.
We use a method called "daily balance" (including new purchases) To determine the amount of the interest to be charged on your Account we first calculate the "Balance Subject to Interest Rate" separately for each balance subject to different terms (for example, Purchases, Balance Transfers, Cash Advances, and each promotional balance). For each balance type shown on your monthly statement, we apply the applicable DPR to each of the daily balances. The daily balances for each balance type are calculated separately and determined as follows: We take the beginning balance for each balance type each day, including any interest calculated on the previous day's balance, add any new transactions (including transaction fees and account fees), subtract any payments or credits, and make any other applicable adjustments. This Agreement provides for compounding of interest. A credit balance is treated as a balance of zero. We add all the daily interest charges and the sum is the interest charges on that balance type for that billing cycle.

A Purchase is added to the daily balance on the transaction date. A Check is added to the daily balance on the day we receive the Check and post it to your account. A Balance Transfer, other than one made by Check, is added to the daily balance on the transaction date, which is the day we get your request for the Balance Transfer. A Cash Advance, other than one made by Check, is added to the daily balance on the transaction date.

Continued on Page 4

Make changes to your contact information below.

Name
_____

Address
_____

City _____  State _____  Zip _____

Home Phone _____  Work Phone _____

E-mail Address
_____

**Important Information**

**barclaycard**
A member of the **BARCLAYS** Group

**Paying Interest.** Your due date is at least 23 days after the close of each billing cycle. Interest will accrue on a Purchase, Cash Advance, or Balance Transfer from the date it is added to the daily balance until it is paid in full. You can avoid interest charges on Purchases, but not on Cash Advances or Balance Transfers. You can avoid interest on Purchases (except for purchases of money orders, travelers checks, foreign currency, lottery tickets, gambling chips, or wire transfers which are treated as Cash Advances and do not have a grace period) if you pay your Statement Balance by the Payment Due Date every billing cycle. If you do not pay your Statement Balance by the Payment Due Date, you must then pay your Statement Balance by the Payment Due Date for two billing cycles in a row to again be able to avoid interest on Purchases when they are first billed to a statement. If you are charged interest in a billing cycle we will charge a Minimum Interest Charge (or "Minimum Charge") on your Account if the total interest charge in that billing cycle is less than the amount of the Minimum Interest Charge that was disclosed in your Cardmember Agreement. If a Minimum Interest Charge is applied to your Account in a billing cycle it will appear on your statement as a "Minimum Interest Charge" or "Minimum Charge" in the Summary of Fees section on your statement.

**Credit Bureau Disputes:** If you believe that an entry we have made on your credit bureau report is inaccurate or incomplete, please contact the reporting agency directly or contact us at Card Services, P.O. Box 8803 Wilmington, DE 19899-8801. Please include your name; your account number; the credit reporting agency where you received the bureau report; a description of the error; and why you believe it is an error. We will promptly investigate, notify you of our findings, and send an update to the credit bureaus if warranted within 30 days.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or

other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50 (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Please refer to your Cardmember Agreement for additional information about the terms of your Account.

©2010 Barclays Bank Delaware

# JUNIPER

| | |
|---|---|
| Payment Due Date | April 09, 2012 |
| Minimum Payment Due | $639.05 |
| Previous Balance | $2,315.86 |
| Statement Balance | $2,358.20 |

## Customer News

### CREDIT LINE WARNING

Your account balance is currently over the approved credit line. To bring your account into good standing, please pay at least $997.25. This amount is equal to your minimum payment due of $639.05 plus the amount over your credit line which is currently $358.20.

## MasterCard® Statement

Primary Account Number Ending in: 3297
Statement Billing Period: 02/13/12 – 03/12/12

Page 1 of 4

www.juniper.com

### Account Summary

| | |
|---|---|
| Minimum Payment Due | $639.05 |
| Payment Due Date | 04/09/12 |
| Statement End Date | 03/12/12 |
| Credit Line | $0.00 |
| Credit Available | $0.00 |
| Cash Credit Line | $0.00 |
| Cash Credit Available | $0.00 |
| Past Due Amount | $573.56 |
| Overlimit Amount | $358.20 |

### Activity Summary

| | |
|---|---|
| Previous Balance | $2,315.86 |
| - Payments | $0.00 |
| + Purchases | $0.00 |
| - Other Credits | $0.00 |
| + Balance Transfers | $0.00 |
| + Cash Advances | $0.00 |
| + Fees | $0.00 |
| + Interest | $42.34 |
| **Statement Balance** | **$2,358.20** |

### Payment Information

| | |
|---|---|
| Statement Balance | $2,358.20 |
| Minimum Payment Due | $639.05 |
| Payment Due Date | 4/9/2012 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $0.00 and your APRs may be increased up to the Penalty APR of 30.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 years | $5,628.00 |

If you would like information about credit counseling services, please call 1-800-570-1403.

* Repayment information is based on your account activity and the APRs on your account as of the closing date of this statement. Account activity after the closing date is not reflected. To view your most recent transaction activity online, go to www.juniper.com.

 Detach here. Please make checks payable to "Card Services" and include this payment coupon in the enclosed envelope. Please allow 7-10 days for U.S. Postal Service delivery. 

## Payment Coupon

Make payments online at www.juniper.com

☐ Check for address change. Complete form on the back.

| Amount Enclosed: | $ |
|---|---|

Account Number

| | |
|---|---|
| Minimum Payment Due | $639.05 |
| Statement Balance | $2,358.20 |
| Payment Due Date | April 09, 2012 |

# JUNIPER

Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

------ manifest line ---------
ISEL R BAEZ
15858 SW 69TH LN
MIAMI FL 33193-3620

# JUNIPER

## Activity for ISEL R BAEZ - Card ending in 3297

**No Transaction Activity At This Time**

## Summary of Fees and Interest

| Interest Charged | | | |
|---|---|---|---|
| Trans Date | Posting Date | Transaction Description | Amount |
| 03/12 | 03/12 | INTERESTCHARGE ON PURCHASES | $42.34 |
| | | **Total Interestfor this Period** | **$42.34** |
| Fees | | | |
| Trans Date | Posting Date | Transaction Description | Amount |
| | | **Total Feesfor this Period** | **$0.00** |

## Year-to-Date Summary of Fees and Interest Charged*

| Total Fees charged in 2012 $0.00 | Total Interest charged in 2012 | $130.27 |
|---|---|---|

*This Year-to-Date Summary reflects the Fees and Interest charged on billing statements with closing dates in 2012. The Summary does not reflect any fees or interest adjustments and/or credits that have been made.

## Interest Charge Calculation - 29 Days in Billing Cycle

| | Balance Subject to Interest Rate | ANNUAL PERCENTAGE RATE (APR) | Interest Charge |
|---|---|---|---|
| Purchases | | | |
| Current Purchases | $408.27 | 30.24%(v) | $9.80 |
| Prior Purchases | $1,927.95 | 21.24%(v) | $32.54 |
| Balance Transfers | | | |
| Current Balance Transfers/Checks | $0.00 | 30.24%(v) | $0.00 |
| Cash Advances | | | |
| Current Cash Advance | $0.00 | 30.24%(v) | $0.00 |
| **Total** | | | **$42.34** |
| Your Annual Percentage Rate (APR)is the annual interest rate on your account. (v)=Variable Rate | | | |

019460_2/4

## Important Information

**barclaycard**
A member of the **BARCLAYS** Group

**Lost or Stolen Card:** Your credit card is issued by Barclays Bank Delaware. If your card is lost or stolen, please contact us immediately at 1-888-232-0780 at any time.

**Payment Information:** Each billing cycle, you must pay at least the Minimum Payment Due shown on your monthly statement by its Payment Due Date. Both the Minimum Payment Due and Payment Due Date are noted on your statement and on the Accounts page when you login to www.juniper.com. At any time you may pay more than the Minimum Payment Due up to the full amount you owe us, however you cannot "pay ahead". This means that if you pay more than the required Minimum Payment Due in any billing cycle or if you make more than one payment in a billing cycle, you will still need to pay the next month's required Minimum Payment Due by your next Payment Due Date. Remember to make all checks payable to Card Services. Please allow 7 days for the U.S. Postal Service to deliver your payment to us. Upon our receipt, your available credit may not be increased by the payment amount for up to 7 days to ensure the funds from the bank on which your payment is drawn are collected and not returned. When you provide a check as payment on this Account, you authorize us to either use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For inquiries, or to opt out of one-time electronic fund transfers, please call 1-888-232-0780.

**Mailed Payments:** A conforming payment received by us by 5 p.m. ET will be credited to your account the day of receipt. A "conforming payment" is a payment that: 1) is mailed using the enclosed envelope and payment coupon included with this statement or mailed with a payment coupon printed from www.juniper.com to Card Services, P.O. Box 13337 Philadelphia, PA 19101-3337; and 2) is in the form of a single, non-folded check or money order made payable in US dollars from a US based institution. Any payment that does not meet these requirements, or any payment with multiple checks or money orders, additional correspondence, staples, paperclips, etc. will be considered a "non-conforming payment" which may delay the crediting of the payment for up to 5 days.

**Other Payment Options:**
Online: Visit www.juniper.com to sign up for Pay Credit Card to pay your account online. Payments made on our website by 7:00 P.M. ET will be credited to your account that same day.
Pay by phone. To make a payment by phone please call 1-888-232-0780. Payments made by phone by 7:00 P.M. ET will be credited to your account that same day.
Overnight Payments: Send overnight courier service or USPS Priority Mail payments to REMITCO, Card Services, Lock Box 913337, 2080 Cabot Boulevard West, Langhorne, PA 19047. A payment received at this address by 5 P.M. ET that otherwise meets the requirements of a conforming payment will be credited to your account that same day.

**How We Will Calculate Your Balance Subject to Interest Rate.**
We use a method called "daily balance" (including new purchases). To determine the amount of the interest to be charged on your Account we first calculate the "Balance Subject to Interest Rate" separately for each balance subject to different terms (for example, Purchases, Balance Transfers, Cash Advances, and each promotional balance). For each balance type shown on your monthly statement, we apply the applicable DPR to each of the daily balances. The daily balances for each balance type are calculated separately and determined as follows: We take the beginning balance for each balance type each day, including any interest calculated on the previous day's balance, add any new transactions (including transaction fees and account fees), subtract any payments or credits, and make any other applicable adjustments. This Agreement provides for compounding of interest. A credit balance is treated as a balance of zero. We add all the daily interest charges and the sum is the interest charges on that balance type for that billing cycle.

A Purchase is added to the daily balance on the transaction date. A Check is added to the daily balance on the day we receive the Check and post it to your account. A Balance Transfer, other than one made by Check, is added to the daily balance on the transaction date, which is the day we get your request for the Balance Transfer. A Cash Advance, other than one made by Check, is added to the daily balance on the transaction date.

**Paying Interest.** Your due date is at least 23 days after the close of each billing cycle. Interest will accrue on a Purchase, Cash Advance, or Balance Transfer from the date it is added to the daily balance

Continued on Page 4

Make changes to your contact information below.

Name
_____

Address
_____

City _____  State _____  Zip _____

Home Phone _____  Work Phone _____

E-mail Address
_____

**Important Information**



until it is paid in full. You can avoid interest charges on Purchases, but not on Cash Advances or Balance Transfers. You can avoid interest on Purchases (except for purchases of money orders, travelers checks, foreign currency, lottery tickets, gambling chips, or wire transfers which are treated as Cash Advances and do not have a grace period) if you pay your Statement Balance by the Payment Due Date every billing cycle. If you do not pay your Statement Balance by the Payment Due Date, you must then pay your Statement Balance by the Payment Due Date for two billing cycles in a row to again be able to avoid interest on Purchases when they are first billed to a statement. If you are charged interest in a billing cycle we will charge a Minimum Interest Charge (or "Minimum Charge") on your Account if the total interest charge in that billing cycle is less than the amount of the Minimum Interest Charge that was disclosed in your Cardmember Agreement. If a Minimum Interest Charge is applied to your Account in a billing cycle it will appear on your statement as a "Minimum Interest Charge" or "Minimum Charge" in the Summary of Fees section on your statement.

**Credit Bureau Disputes:** If you believe that an entry we have made on your credit bureau report is inaccurate or incomplete, please contact the reporting agency directly or contact us at Card Services, P.O. Box 8803 Wilmington, DE 19899-8801. Please include your name; your account number; the credit reporting agency where you received the bureau report; a description of the error; and why you believe it is an error. We will promptly investigate, notify you of our findings, and send an update to the credit bureaus if warranted within 30 days.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

In your letter, give us the following information:

· Account information: Your name and account number.
· Dollar amount: The dollar amount of the suspected error.
· Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
· We cannot try to collect the amount in question, or report you as delinquent on that amount.
· The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
· While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

· We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Please refer to your Cardmember Agreement for additional information about the terms of your Account.

©2012 Barclays Bank Delaware