

ORDERED in the Southern District of Florida on November 26, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:  Case No. 13-27376-LMI

Isel Baez  Chapter 7 Proceeding
AKA Isel R Baez, Isel Rodriguez, Isel
Rodriguez Baez

_____Debtor_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION(S) TO CLAIM(S)

THIS CAUSE having come before the Court upon the Trustee's Objection(s) to Claim(s) (D.E. # 36) and Certification of No Response(s) (D.E. # 38) to the Objection(s), and this Court having considered the basis for the Objection(s) to Claim(s), and being otherwise duly advised in the matter, it is **ORDERED and ADJUDGED as follows:**

1. The Trustee's objection to claim number 1 filed by American InfoSource, LP as agent for Midland Funding, LLC is overruled and said claim will be part of the distribution process.

2. The Trustee's objection to claim number 2 filed by Cavalry SPV I, LLC as assignee of HSBC Bank Nevada Cavalry SPV I, LLC is sustained and said claim is stricken.

3. The Trustee's objection to claim number 3 filed by American InfoSource, LP as agent for TD Bank, USA is overruled and said claim will be part of the distribution process.

4. The Trustee's objection to claim number 5 filed by Merrick Bank is overruled and said claim will be part of the distribution process.

5. The Trustee's objection to claim number 6 filed by American InfoSource, LP as agent for American Honda Finance is overruled and said claim will be part of the distribution process.

6. The Trustee's objection to claim number 7 filed by American InfoSource, LP as agent for T- Mobile/T-Mobile USA, Inc is overruled and said claim will be part of the distribution process.

7. The Trustee's objection to claim number 8 filed by Cerastes, LLC is overruled and said claim will be part of the distribution process.

###

**Submitted by:**
Maria M. Yip, Trustee
One Biscayne Tower
2 S. Biscayne Tower, Suite 2690
Miami, FL 33131
Telephone:  305-908-1862
Facsimile:   786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee

*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*